IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID SYLVESTER LOGAN,
Inmate #882631,

       Plaintiff,

vs.                               Case No.:5:08-CV-359-SPM

WALTER A. McNEIL, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 4). The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff has filed an objection, but it is incomprehensible. Pursuant to Title 28, United States Code, Section 636(b)(1), it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is **adopted** and incorporated by reference in this order.

2. Plaintiff's motion to amend (doc. 6) is **denied**.

3. Plaintiff's complaint (doc. 1) is **dismissed without prejudice** because Plaintiff is barred by 28 U.S.C. § 1915(g) from initiating a

1

civil rights case in federal court without full payment of the filing fee at the time he submits the complaint.

4.    The Clerk is directed to close this case.

DONE AND ORDERED this <u>sixth</u> day of May, 2009.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge